| | |
|---|---|
| 1 | RYAN L. EDDINGS, Bar No. 256519 |
| | VANESSA M. COHN, Bar No. 314619 |
| 2 | LITTLER MENDELSON, P.C. |
| | 5200 North Palm Avenue, Suite 302 |
| 3 | Fresno, CA 93704-2225 |
| | Telephone: (559) 244-7500 |
| 4 | Facsimile: (559) 244-7525 |
| | Email: reddings@littler.com |
| 5 | vcohn@littler.com |
| 6 | Attorneys for Defendant |
| | MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SAUNDERS, DAVID SAUNDERS<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 1:19-cv-01685-AWI-BAM<br><br>**SECOND STIPULATION TO CONTINUE DATE FOR DEFENDANT MICROSOFT CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Served: December 17, 2019<br>Current Response Date: January 7, 2020<br>New Response Date: February 5, 2020<br><br>Trial Date: TBD<br>Complaint Filed: December 1, 2019 |

Plaintiffs CHRSTINE SAUNDERS and DAVID SAUNDERS (collectively, "Plaintiffs") and Defendant MICROSOFT CORPORATION ("Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Eastern District Local Rule 144(a), hereby stipulate to an additional 14-day extension of time for Defendant to answer Plaintiffs' Complaint.

WHEREAS, on December 1, 2019, Plaintiffs initiated the instant action by filing a Complaint against Defendant;

WHEREAS, Plaintiffs served Defendant with Plaintiffs' Complaint on December 17, 2019;

///

///

---

Second Stipulation to Continue Date for Defendant to Respond to Plaintiffs' Complaint

WHEREAS, pursuant to Local Rule 144(a), the Parties stipulated on December 31, 2019, to a 14-day extension of time for Defendant to file a responsive pleading, making Defendant's responsive pleading due on or before January 22, 2020;

WHEREAS, Defendant's current deadline to respond to Plaintiffs' Complaint is January 22, 2020;

WHEREAS, Plaintiffs and Defendant agree to an additional 14-day extension of time for Defendant to answer Plaintiffs' Complaint, such that Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint would be February 5, 2020;

WHEREAS, this additional 14-day extension of time would bring the total extension of time for Defendants to answer Plaintiffs' Complaint to 28 days, which is permitted under Local Rule 144(a);

THEREFORE, as provided by Local Rule 144(a) of the United States District Court for the Eastern District of California, the Parties stipulate, subject to Court approval, to extend the deadline by which Defendant must file its responsive pleading to **February 5, 2020**.

Dated: January 23, 2020

*/s/ Kevin G. Little*
KEVIN G. LITTLE
LAW OFFICE OF KEVIN G. LITTLE
Attorneys for Plaintiffs
CHRISTINE SAUNDERS and DAVID SAUNDERS

Dated: January 23, 2020

*/s/ Vanessa M. Cohn*
RYAN L. EDDINGS
VANESSA M. COHN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MICROSOFT CORPORATION

## ORDER

Pursuant to the parties' stipulation and Local Rule 144, the deadline for Defendant to file its responsive pleading to Plaintiff's complaint is HEREBY EXTENDED to February 5, 2020.

IT IS SO ORDERED.

Dated: **January 24, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE