KEVIN G. LITTLE, Bar No. 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone:   (559) 342-5800
Facsimile:    (559) 242-2400
E-Mail: *kevin@kevinlittle.com*

Attorneys for Plaintiffs
CHRISTINE SAUNDERS AND DAVID SAUNDERS

RYAN L. EDDINGS, Bar No. 256519
VANESSA M. COHN, Bar No. 314619
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, CA 93704-2225
Telephone:   (559) 244-7500
Facsimile:    (559) 244-7525
Email: *reddings@littler.com*
           *vcohn@littler.com*

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTINE SAUNDERS, DAVID SAUNDERS,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No.  1:19-cv-01685-AWI-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Complaint Filed:  December 1, 2019 |
|---|---|

      Plaintiffs Christine Saunders and David Saunders and Defendant Microsoft Corporation (together, the "Parties") have resolved this case in its entirety. [See, e.g., ECF 16, Plaintiffs' Notice of Settlement.] However, pursuant to the terms of the Parties' settlement, the Parties require a brief extension of time, through August 20, 2020, to file dispositional documentation in this matter.

      It is so stipulated.

/ / /

4828-5977-2099.1 100601.1007

Dated: July 17, 2020

           */s/ Kevin G. Little*
           KEVIN G. LITTLE
           THE LAW OFFICE OF KEVIN G. LITTLE
           Attorneys for Plaintiffs
           CHRISTINE SAUNDERS AND DAVID SAUNDERS

Dated: July 17, 2020

           */s/ Vanessa M. Cohn*
           RYAN L. EDDINGS
           VANESSA M. COHN
           LITTLER MENDELSON, P.C.
           Attorneys for Defendant
           MICROSOFT CORPORATION

**ORDER**

Pursuant to Local Rule 160(b), the Court may extend the time for filing dispositional papers for good cause shown. Here, the parties have not explained why they require an extension of time to file dispositional papers. *See Sprague v. Fin. Credit Network, Inc.*, 2018 WL 4616688, at *4 (E.D. Cal. Sept. 25, 2018) ("[Good cause] requires the party to show that despite due diligence the scheduled deadline could not be met."). However, based upon the parties' consent to the amended deadline, and in the interest of justice, the Court finds that the parties' request is warranted and no prejudice will result.

Accordingly, IT IS HEREBY ORDERED that the parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than August 20, 2020. The parties are advised that any future extensions will require demonstrated showing of good cause. Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **July 20, 2020**            /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE